**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01345-CR

### TIMOTHY ALEXANDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court **DENIES** appellant's June 26, 2013 second motion to dismiss counsel and proceed pro se. *See Martinez v. Court of Appeals of Cal., Fourth Appellate Dist.*, 528 U.S. 152 (2000).

We **DENY** appellant's June 20, 2013 "motion to accept, file & consider appellant's (late emergency) brief"; "motion to extend time for filing of appellant's brief"; and "motion for appointment of new attorney on appeal/motion to proceed en forma pauperis." *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992); *Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981); *Sampson v. State*, 854 S.W.2d 659 (Tex. App.–Dallas 1992, no pet.).

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE